### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAVIN E. BURTON, | ) |
|          Petitioner, | ) |
| vs. | )    Case No. CIV-12-566-M |
| BRUCE HOWARD, Warden, et al., | ) |
|          Respondents. | ) |

## **ORDER**

On June 14, 2012, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 be dismissed without prejudice for lack of jurisdiction. Petitioner was advised of his right to object to the Report and Recommendation by July 5, 2012. On June 28, 2012, petitioner filed his response.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on June 14, 2012, and

(2) DISMISSES the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 without prejudice for lack of jurisdiction.

**IT IS SO ORDERED this 11th day of July, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE